# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

IN RE:

        CASE NO. 20-48409-TJT
**Donnel R. Russell**        CHAPTER 13
        HONORABLE Thomas J. Tucker

        Debtor(s)
_____/

## STIPULATION TO EXTEND TIME TO FILE DOCUMENTS

The undersigned parties agree to the entry of an Order Extending Time to File Documents as evidenced by the attached "Exhibit A".

*/s/ Tammy L. Terry* (w/consent)    */s/ Sean M. Cowley* (w/consent)
_____    _____
Tammy L. Terry (P-46254)    Sean M. Cowley (P-72511)
Chapter 13 Standing Trustee    United States Department of Justice
535 Griswold, Suite 2100    Office of the United States Trustee
Detroit, Michigan 48226    211 W. Fort Street, Suite 700
(313) 967-9857    Detroit, MI 48226
    (313) 226-7999

*/s/ Samuel G. Firebaugh*
_____
Samuel G. Firebaugh (P-34276)
Roberta W. Andrews (P-54001)
Firebaugh & Andrews, P.L.L.C.
Attorney for Debtor(s)
38545 Ford Road, Suite 104
Westland, MI 48185
(734)722-2999
FirebaughAndrews@comcast.net

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

IN RE:

**Donnel R. Russell**                           CASE NO. 20-48409-TJT
                                                      CHAPTER 13
                          Debtor(s)                HONORABLE Thomas J. Tucker
_____/

## ORDER EXTENDING TIME TO FILE DOCUMENTS

This matter having come before this Court pursuant to LBR 9006-1(a)(EDM), the Debtor, the United States Trustee and the Chapter 13 Trustee having stipulated to the entry of this Order allowing an extension of time to file one or more of the following (only those boxes check-marked apply):

**X** Summary of Schedules  
**X** Schedule(s) A – J  
**X** Statistical Summary of Certain Liabilities and Related Data  
**X** Statement of Financial Affairs  
**X** Statement of Current Monthly Income and Calculations of Commitment Period and Disposable Income (Official Form 22C)  

**X** Chapter 13 Plan  
**X** Copies of all Payment advices or other evidence of payment received by the debtors from any employer within 60 days before the filing of the petition  
**X** Payment Order  
❏ Verified Companion Case Disclosure  

and the court being sufficiently advised in the premises:

**NOW THEREFORE**, by agreement of the parties hereto:

**IT IS HEREBY ORDERED** that the Debtor is granted an extension of time to file the above referenced documents to **August 25, 2020**, which is twenty-one (21) calendar days prior to the §341 First Meeting of Creditors, presently scheduled for **September 15, 2020, at 9:00 a.m**.

**IT IS FURTHER ORDERED** that in the event Debtor(s) fails(s) to or fails(s) to move for entry of an order further extending the filing time, the Trustee may submit to the Court an affidavit attesting to the failure to file the documents and the failure to file a motion extending time and the proceedings may be thereafter dismissed without further hearing or notice.