**United States Bankruptcy Court**
**Eastern District of Michigan**
**Southern Division at Detroit**

Case No. 20-48409-TJT

In Re: **Donnell R. Russell**

Chapter 13

Debtor(s).  Honorable **Thomas J. Tucker**

**ORDER AUTHORIZING DEBTOR TO SELL REAL ESTATE NUNC PRO TUNC**

Debtor(s) having filed a Motion for Order Authorizing Debtor to Sell Real Estate Nunc Pro Tunc, and it appearing based on the representations and allegations contained in said Motion that good cause exists for the relief requested by Debtor(s), and the Court being otherwise advised, **NOW THEREFORE**,

**IT IS HEREBY ORDERED** that the above captioned Debtor is authorized to sell the following described real estate Order, under the following terms and conditions:

Property Address:  5498 Amelia Lane, Ellenwood, GA 30294

Legal Description:  All that tract or parcel of land lying and being in Land Lot 169, 12th District, Clayton County, Georgia, being Lot 111, Katherine Village Subdivision, Unit II as per plat recorded in Plat Book 33, Pages 177-180, Clayton County Records, which plat is incorporated herein and made a part hereof by reference.

Sale Price: $252,000.00

Purchaser: Christina S. Freeman

**IT IS FURTHER ORDERED** that all liens and/or encumbrances on the real estate described in this Order shall be paid at closing from the proceeds of the sale.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall cease disbursement on all claims secured by the real estate described in this Order.

"EXHIBIT 1"
20-48409-tjt    Doc 66    Filed 10/26/21    Entered 10/26/21 15:51:41    Page 1 of 2

**Signed on October 26, 2021**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge